

# Fourth Court of Appeals
## San Antonio, Texas

June 11, 2019

No. 04-19-00097-CV

Laura Zamora **BERINGER**,
Appellant

v.

Michael **BERINGER**,
Appellee

From the County Court at Law No 1, Webb County, Texas
Trial Court No. 2017FLB001191C1
Honorable Hugo Martinez, Judge Presiding

# O R D E R

The reporter's record was originally due on March 26, 2019. The court reporter filed a notification of late record on March 27, 2019, stating the need for an additional thirty days to prepare the reporter's record. The request was noted, and the time to file the reporter's record was extended to April 26, 2019. On May 6, 2019, the court reporter again filed a notification of late record, requesting until the end of May to file the record. On May 8, 2019, we granted the request and extended the time to file the reporter's record to May 30, 2019. The court reporter has not filed any additional notifications of late record. To date, the reporter's record has not been filed in this court.

Accordingly, it is ORDERED that Court Reporter Virginia "Ginny" Henderson must file the reporter's record **no later than June 17, 2019**. If neither is filed by such date, **a show cause order may be issued** directing Ms. Henderson to appear on a day certain and show cause why she should not be held in contempt for failing to file the record. The clerk of this court is instructed to cause a copy of this order to be served on Ms. Henderson by certified mail, return receipt requested, with delivery restricted to addressee only, or to give other personal notice of this order with proof of delivery. Because "[t]he trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed," TEX. R. APP. P. 35.3(c), the clerk of this court is directed to serve a copy of this order on the Honorable Hugo Martinez, Judge of the County Court at Law Number 1, Webb County, Texas.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of June, 2019.

_____
Keith E. Hottle,
Clerk of Court